FILED

FEB 18 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GREGORY A. MURPHY,<br><br>Plaintiff. | No. C 14-00017 EJD (PR)<br><br>ORDER OF DISMISSAL |

On January 2, 2014, Plaintiff filed a letter that was construed as an action pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that he had not file an In Forma Pauperis ("IFP") application or a proper complaint and they needed to be filed within thirty days or else the case would be dismissed. (Docket Nos. 2 & 3.) The deadline has passed and Plaintiff has not filed the required documents. Accordingly, Plaintiff's case is DISMISSED.

The Clerk shall terminate any pending motions and close the file.

DATED: 2/18/14

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
00017Murphy_dism-ifp&compl.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE GREGORY A. MURPHY,

    Plaintiff.

Case Number: CV14-00017 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __02/18/14__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory A. Murphy P-805787
Valley State Prison
P.O. Box 96
Chowchilla, CA 93610

Dated: __02/18/14__

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk